WINEGAR v DEPARTMENT OF CORRECTIONS

CRIMINAL LAW—PLEA OF GUILTY.
  The United States Supreme Court decisions of June 2, 1969, requiring that there be an affirmative showing that a plea of guilty was intelligently and voluntarily made, is not to be applied retroactively.

Appeal from Jackson, John C. Dalton, J. Submitted Division 2 April 4, 1972, at Lansing. (Docket No. 13714.) Decided June 2, 1972. Leave to appeal denied, 388 Mich 793.

William W. Winegar was convicted of kidnapping. His complaint for *habeas corpus* is treated as an application for leave to take a delayed appeal. Leave to appeal denied.

William W. Winegar, *in propria persona.*

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Bruce A. Barton,* Prosecuting Attorney, and *William D. Boham,* Chief Appellate Attorney, for defendant.

Before: DANHOF, P. J., and McGREGOR and QUINN, JJ.

PER CURIAM. Defendant has filed a complaint for *habeas corpus* which is treated herein as an application for leave to take a delayed appeal from a conviction based upon a plea of guilty to the crime of kidnapping. MCLA 750.349; MSA 28.581.

REFERENCE FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law § 484 *et seq.*

On January 24, 1962, the defendant entered his plea of guilty. An appeal was taken and the conviction upon the plea was affirmed by this Court. *People v Winegar,* 13 Mich App 162 (1968). Leave to appeal was denied, 381 Mich 799 (1969).

Defendant alleges that his plea did not conform to the requirements of *Boykin v Alabama,* 395 US 238; 89 S Ct 1709; 23 L Ed 2d 274 (1969), and *People v Jaworski,* 387 Mich 21 (1972). The Supreme Court has determined that the requirements of *Boykin* are not to be made retroactive beyond June 2, 1969. *People v Butler,* 387 Mich 1 (1972); *People v Carlisle,* 387 Mich 269 (1972).

Leave to appeal denied.